**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

M.L.,                                              : No. 510 MAL 2015
                                                   :
                    Petitioner                     :
                                                   : Petition for Allowance of Appeal from the
                                                   : Order of the Superior Court
              v.                                   :
                                                   :
                                                   :
                                                   :
S.G.,                                              :
                                                   :
                    Respondent                     :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 17th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.